**MOUNTAIN VIEW CONDOMINIUM OWNERS ASSOCIATION,**
Appellee

v.

**Maria P. BOMERSBACH, Appellant.**

Supreme Court of Pennsylvania.

April 5, 2001.

Kevin William Gibson, Media, for appellant, Maria P. Bomersbach.

Holly L. Setzler, West Chester, for Mountain View Ass'n.

*ORDER*

PER CURIAM:

**AND NOW,** this 5th day of April, 2001, the appeal is dismissed as having been improvidently granted.